# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS ARIAS, et al., | No. 2:19-CV-0200-DMC |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiffs, who are proceeding pro se, bring this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On February 6, 2019, the court granted plaintiffs' motion for leave to proceed in forma pauperis. That order required plaintiffs to submit to the United States Marshal, within 15 days of the date of service of the order, a completed summons and copies of the complaint, and file a statement with the court that said documents have been submitted. Plaintiffs were warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. <u>See</u> Local Rule 110. More than 15 days have elapsed and plaintiffs have not complied.

/ / /

/ / /

1

Plaintiffs shall show cause, in writing, within 30 days of the date of this order, why this action should not be dismissed for failure to submit service documents to the United States Marshall. Plaintiffs are again warned that failure to respond to this order may result in dismissal of the action for the reasons outlined above, as well as for failure to prosecute and comply with court rules and orders. See id.

IT IS SO ORDERED.

Dated: March 26, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE