McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone: (415) 977-8942
        Facsimile: (415) 744-0134
        E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NICOLAS ARIAS AND YOLANDA ARIAS,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,[1]<br><br>    Defendant. | Case No. 2:19-cv-00200-DMC<br><br>**INITIAL *EX PARTE* MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER** |

Pursuant to Civil Local Rule 144, Defendant hereby requests, with the Court's approval, that

Defendant shall have a 28-day extension of time, from July 18, 2019 to August 15, 2019, for Defendant

to respond to Plaintiffs' Complaint and submit the Certified Administrative Record (CAR).

This is Defendant's first request for an extension of time.  Defendant respectfully submits that

good cause exists for the requested extension because preparation of the CAR has taken longer than

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).  *See* 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

MOT. TO EXTEND TIME & PROP. ORDER
CASE NO. 2:19-cv-00200-DMC

1

anticipated despite Defendant's diligent efforts to have it ready on time. The undersigned counsel conferred with agency personnel at the Office of Hearings Operations (OHO), who are responsible for preparing the CAR. OHO personnel advised that the CAR was in process but would not be ready by the due date. Defendant is unable to proceed in this case until OHO has prepared the CAR. Defendant will respond to the Complaint and submit the CAR as soon as the CAR is available, but requests the Court order a new due date of August 15, 2019 in an abundance of caution. This extension request is made in good faith with no intention to unduly delay the proceedings.

Defendant's counsel has spoken with Plaintiff Yolanda Arias regarding this extension, but has been unable to confirm her approval to file a proposed stipulation sent on July 10, 2019. Due to the upcoming deadline, Defendant files this request instead. Further information regarding counsel's efforts to obtain a stipulation are detailed in the attached declaration.

Defendant hereby requests that further deadlines pursuant to the Court's Scheduling Order dated February 6, 2019 (Dkt. No. 5) be extended accordingly.

Respectfully submitted,

Dated: July 15, 2019                              McGREGOR W. SCOTT
                                                 United States Attorney


                                   By:    /s/ *Allison J. Cheung*
                                          ALLISON J. CHEUNG
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant

MOT. TO EXTEND TIME & PROP. ORDER
CASE NO. 2:19-cv-00200-DMC

## <u>ORDER</u>

Defendant's motion for an extension of time to August 15, 2019, to file an answer to plaintiff's complaint and to lodge the Certified Administrative Record is granted.

IT IS SO ORDERED:

Dated:  July 18, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Mot. to Extend Time & Prop. Order
Case No. 2:19-cv-00200-DMC

3

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 15, 2019, I caused one copy of the foregoing INITIAL *EX PARTE* MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER to be served upon Plaintiffs by United States mail, at the address set forth below:

Nicolas and Yolanda Arias
221 Sterling Oak Drive
Galt, CA 95632

Date: July 15, 2019          By:     */s/ Allison Cheung*
                                    ALLISON CHEUNG
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant

Mot. to Extend Time & Prop. Order
Case No. 2:19-cv-00200-DMC

4