# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS ARIAS, et al., | No. 2:19-CV-0200-DMC |
| Plaintiffs, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiffs, who are proceeding pro se, bring this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). A review of the docket reflects that defendant has notified the court regarding consent to proceed before a Magistrate Judge. Plaintiffs, however, have not notified the court regarding consent. Pursuant to the court's scheduling order, the time to do so has now expired.

Plaintiffs shall show cause in writing, within 30 days of the date of this order, why this action should not be dismissed for failure to inform the court regarding consent to Magistrate Judge jurisdiction, as required by the court's scheduling order. Submission of a completed consent election form shall constitute a sufficient response. The Clerk of the Court is directed to serve on plaintiff a copy of the court's form entitled "Consent to Assignment or Request for Reassignment." Plaintiffs are warned that failure to respond to this order may result in the

1

dismissal of the action for the reasons discussed above, as well as for failure to prosecute and comply with court rules and orders.  <u>See</u> Local Rule 110.

On the court's motion, the time to respond to defendant's motion to remand is extended.  Plaintiffs may file a response to defendant's motion within 30 days of the date of this order.

IT IS SO ORDERED.

Dated:  September 24, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE