# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS ARIAS, et al., | No. 2:19-CV-0200-JAM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiffs, who are proceeding pro se, bring this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On September 25, 2019, the court directed plaintiffs to show cause why this action should not be dismissed for failure to inform the court regarding consent to proceed before a United States Magistrate Judge. A review of the docket reflects plaintiffs have filed their election. Good cause appearing therefor, the order to show cause is discharged.

IT IS SO ORDERED.

Dated: October 24, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1