IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS ARIAS,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 2:19-CV-0200-JAM-DMC<br><br><br>FINDINGS AND RECOMMENDATIONS |

        Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is defendant's unopposed motion to remand (ECF No. 15).

        Defendant argues that a remand is appropriate because the Certified Administrative Record (CAR) is incomplete. Specifically, the CAR does not contain certain exhibits, including statements submitted by the claimant and his mother. Moreover, defendant indicates that this evidence appears to not have been considered by the Administrative Law Judge (ALJ). The court agrees that a remand is warranted because further administrative proceedings would remedy any defects in the current ALJ decision arising from the incomplete record. See Kail v. Heckler, 722 F.2d 1496, 1497 (9th Cir. 1984).

/ / /

Based on the foregoing, the undersigned recommends that defendant's unopposed motion for a remand (ECF No. 15) be granted.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, any party may file written objections with the court. Responses to objections shall be filed within 14 days after service of objections. Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 21, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE