**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLAS ARIAS, et al., | No. 2:19-CV-0200-JAM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiffs, who are proceeding pro se, bring this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 22, 2020, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 22, 2020, are adopted in full;

2. Defendant's unopposed motion for a remand (ECF No. 15) is granted;

3. This action is remanded to the agency for further proceedings consistent with the January 22, 2020, findings and recommendations; and

4. The Clerk of the Court is directed to enter judgment and close this file.

DATED: May 5, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE